**In re: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, This appeal relates to the cases listed in Exhibit A,**

James E. Anderson; et al., Plaintiffs–Appellants,

v.

Bayer Corporation; et al., Defendants–Appellees.

No. 04–35875.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 7, 2006.

Decided March 13, 2006.

Charles K. Wiggins, Esq., Wiggins & Masters, Bainbridge Island, WA, Robert W. Moak, Esq., Bogue Chitto, MS, Timothy M. O'Brien, Esq., Kim E. Evers, Esq., Levin Papantonio Thomas Mitchell Ecsher & Proctor, Pensacola, FL, Philip E. Carby, Esq., Natchez, MS, for Plaintiffs—Appellants.

Frank A. Wood, Jr., Walter T. Johnson, Esq., Joseph Jason Stroble, Esq., Brandi J. McKay, Esq., Ronald E. McMillan, Esq., Watkins & Eager the Emporium Building, Donna Brown Jacobs, Butler Snow O'Mara Stevens & Cannada, William M. Dalehite, Jr., Esq., Steen Dalehite & Pace, Luther M. Dove, Jr., Esq., Dove & Chill, Edley H. Jones, III, Esq., Wells Marble Hurst, Tianna Shontel Hill, Esq., Walter H. Boone, Esq., Forman Perry Watkins Krutz & Tardy, Robert J. Arnold, III, Esq., Silas W. McCaren, Esq., Daniel Coker Horton & Bell, James Ryan Perkins, Esq., William A. Patterson, Esq., Wilkins Stephens & Tipton, Jackson, MS, Edley H. Jones, III, Esq., Law Offices of Edley H. Jones III, PLLC, Ridgeland, MS, Terry Tottenham, Austin, TX, Douglas A. Hofmann, Esq., Jeffrey R. Johnson, Esq., P. Arley Harrel, Esq., Williams Kastner & Gibbs, PLLC, D. Joseph Hurson, Lane Powell, PC, Randy J. Aliment, Teresa N. Cavenagh, Esq., Seattle, WA, James K. Lehman, Esq., Nelson Mullins Riley & Scarbrough, Columbia, SC, Alan J. Lazarus, Esq., Drinker Biddle & Reath LLP, San Francisco, CA, Sedgwick Detert Moran & Arnold, LLP, Los Angeles, CA, Lori B. Leskin, Esq., Kaye Scholer, LLP, New York, NY, Richard G. Placey, Esq., Montgomery, McCracken, Walker & Rhoads, Teresa N. Cavenagh, Esq., Duane Morris LLP, Philadelphia, PA, Jennifer Jansen Bouchard, Esq., Ulmer Berne LLP, Cincinnati, OH, for Defendants—Appellees.

Before: D.W. NELSON, RYMER, and FISHER, Circuit Judges.

## MEMORANDUM [*]

This memorandum applies to the parties listed in Exhibit A.

James E. Anderson, et al. appeal from the district court's dismissal of their action, arguing that removal jurisdiction is lacking. We agree, and reverse.

Bayer, whose burden it is to establish removal jurisdiction, *California ex rel. Lockyer v. Dynegy, Inc.*, 375 F.3d 831, 838, *amended by* 387 F.3d 966 (9th Cir.2004), did not show that the joint complaint obviously fails to state a cause of action under Mississippi law against resident defendants, *see McCabe v. Gen. Foods Corp.*, 811 F.2d 1336, 1339 (9th Cir.1987) (establishing standard for fraudulent joinder). No evidence was presented to pierce the pleadings, therefore we look only to the allegations in the complaint. Assuming (without needing to decide) that Mississippi requires knowledge on the part of retailers or pharmacists, paragraphs 70, 73 and 118 of the complaint sufficiently aver it for purposes of notice pleading. Miss. R. Civ. P. 8(a). We are not obliged to follow federal district court decisions upon which Bayer relies, but in any event do not read them as controlling here given the specific allegations in Anderson's complaints.

No basis appears in the record or in our case law for severing the claims of the eight plaintiffs who have named non-diverse defendants. Accordingly, we reverse and remand to the district court with instructions to vacate its dismissal orders and its order to file individualized complaints, as both were without jurisdiction, and to order the action, in the form it was at the time of removal, remanded to state court.

Given this disposition, it is unnecessary to reach Anderson's alternative argument that the complaints should not have been dismissed for that issue is moot.

**REVERSED AND REMANDED.**

## EXHIBIT A

|   | Plaintiff Name | Case Name | State | MDL Case No. | Former Case No. |
|---|---|---|---|---|---|
| 1. | Anderson, Jr., James | *James Anderson, Jr. v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1058 | C04–0022 |
| 2. | Anderson, James E. | *James E. Anderson v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1449 | C04–0022 |
| 3. | Anderson, John R. | *John R. Anderson v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1059 | C04–0022 |
| 4. | Archer, Jack | *Jack Archer v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1060 | C04–0022 |
| 5. | Bailey, Dorothy | *Dorothy Bailey v. Bayer Corp. et al.* (Originally in *James E.* | MS | C04–1062 | C04–0022 |

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

| | Plaintiff Name | Case Name | State | MDL Case No. | Former Case No. |
|---|---|---|---|---|---|
| | | Anderson, et al. v. Bayer Corp. et al.) | | | |
| 6. | Bailey, Louis | *Louis Bailey v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1061 | C04–0022 |
| 7. | Barkley, Sheila | *Sheila Barkley v. Block, et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1063 | C04–0022 |
| 8. | Bradham, Kathy | *Kathy Bradham v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1064 | C04–0022 |
| 9. | Butler, Eddie | *Eddie Butler V. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1065 | C04–0022 |
| 10. | Carter, Ethel | *Ethel Carter v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1066 | C04–0022 |
| 11. | Dale, Ernestine | *Earnestine Dale v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1068 | C04–0022 |
| 12. | Elmore, Elizabeth | *Elizabeth Elmore v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1070 | C04–0022 |
| 13. | Green, Robert | *Robert Green v. Wyeth* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1450 | C04–0022 |
| 14. | Harris, Daisy | *Daisy Harris v. Bayer Corp., et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1048 | C04–0022 |
| 15. | Henard, Leeida | *Leeida Henard v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1072 | C04–0022 |
| 16. | Hendry, Robert | *Robert Hendry v. AHP* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1073 | C04–0022 |
| 17. | Jacob, Dollas | *Dollas Jacob v. Bristol Myers Squibb* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1074 | C04–0022 |
| 18. | King, Ollie L. | *Ollie L. King v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1075 | C04–0022 |
| 19. | Lang, James | *James Lang v. Block et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1076 | C04–0022 |

| | Plaintiff Name | Case Name | State | MDL Case No. | Former Case No. |
|---|---|---|---|---|---|
| 20. | Magee, William C. | *William C. Magee v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1077 | C04–0022 |
| 21. | Maier, Glen | *Glen and Paula Maier v. Bayer AG* | MS | C04–1451 | C04–0022 |
| 22. | Maier, Paula | *Glenn and Paula Maier v. Bayer AG* | MS | C04–1451 | C04–0022 |
| 23. | Marshall, Mildred | *Mildred Marshall v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1034 | C04–0022 |
| 24. | Merrick, Belain | *Belain Merrick v. Block* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1255 | C04–0022 |
| 25. | Mitchell, Valerie | *Valerie Mitchell v. Block, et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1035 | C04–0022 |
| 26. | Netterville, Charles | *Charles and Melanie Netterville v. Procter & Gamble, et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1256 | C04–0022 |
| 27. | Netterville, Melanie | *Charles and Melanie Netterville v. Procter & Gamble, et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1256 | C04–0022 |
| 28. | Nickelson, Veronica | *Veronica Nickelson v. McNeil* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1036 | C04–0022 |
| 29. | Pace, LilAnn | *LilAnn Pace v. Wyeth, et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1037 | C04–0022 |
| 30. | Pickering, Joy | *Joy Pickering v. Block, et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1038 | C04–0022 |
| 31. | Pritchard, Elizabeth | *Elizabeth Pritchard v. Wyeth* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1039 | C04–0022 |
| 32. | Schuette, Edward | *Edward Schuette v. Bayer Corp., et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1040 | C04–0022 |
| 33. | Smith, Levi | *Levi Smith v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1041 | C04–0022 |
| 34. | Thompson, Willie | *Willie Thompson v. Bayer Corp.* (Originally in *James E.* | MS | C04–1042 | C04–0022 |

| | Plaintiff Name | Case Name | State | MDL Case No. | Former Case No. |
|---|---|---|---|---|---|
| | | Anderson, et al. v. Bayer Corp. et al.) | | | |
| 35. | Twyner, Shraon | *Sharon Twyner b. Bayer Corp., et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1044 | C04–0022 |
| 36. | Vaughn, Alfanette | *Alfanette Vaughn v. GlaxoSmithKline* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1346 | C04–0022 |
| 37. | Warren, Della | *Della Warren v. Bayer Corp., et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1045 | C04–0022 |
| 38. | Washington, Lois | *Lois Washington v. Bayer Corp., et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1046 | C04–0022 |
| 39. | Washington, Shawanda | *Shawanda Washington v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1047 | C04–0022 |
| 40. | Welch, Charles | *Charles Welch v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1049 | C04–0022 |
| 41. | Wells, Patricia | *Patricia Wells v. Bayer Corp. et al.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1050 | C04–0022 |
| 42. | Wicks, Martha | *Martha Wicks v. Wyeth* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1051 | C04–0022 |
| 43. | Williams, Nathaniel | *Nathaniel Williams v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1053 | C04–0022 |
| 44. | Wilson, Roger Dale | *Roger Dale Wilson v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1054 | C04–0022 |
| 45. | Woods, Delores | *Delores Woods v. Bayer Corp.* (Originally in *James E. Anderson, et al. v. Bayer Corp. et al.*) | MS | C04–1055 | C04–0022 |
| 46. | James E. Anderson, Mildred Marshall, Valerie Mitchell, Veronica Nickelson, Lillian Pace, Joy and Judd Pickering, Elizabeth Pritchard, Edward Schuette, Levi and Marjorie Smith, | *James E. Anderson, et al. v. Bayer Corp. et al.* | MS | | C04–0022 |

| Plaintiff Name | Case Name | State | MDL Case No. | Former Case No. |
|---|---|---|---|---|
| Willie and Mae Thompson, Sharon Twyner, Della Warren, Lois Washington, Shawanda Washington, Daisy Harris, Charles Welch, Patricia Wells, Martha Wicks, Nathaniel and Bobbie Williams, Roger and Wilma Wilson, Delores Woods, James Anderson, John Anderson, Jack Archer, Louis and Barbara Bailey, Dorothy Bailey–Banks, Sheila Barkley, Kathy Bradham, Eddie Butler, Ethel Carter, Ernestine and M.J. Dale, Elizabeth Elmore, Leeida Henard, Robert Hendry, Dollas and Eugene Jacob, Ollie King, James Lang, William and Rosie Magee, Belain Merrick, Melanie and Charles Netterville, Alfanette Vaughn, Robert Green, Glen and Paula Maier. | | | | |